DAVID M. MOECK, Esq. #201341
QUINLAN, KERSHAW & FANUCCHI
2125 Merced Street
Fresno, California 93721
Telephone: (559) 268-8771
Facsimile: (559) 268-5701
Email:  david@qkffirm.com

Attorneys for Plaintiff, LUZ YESENIA PONCE

## UNITED STATE DISTRICT COURT
## EREASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ YESENIA PONCE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE UNITED STATES OF AMERICA<br><br>　　　　　Defendant. | Case No. 1:21-CV-00396-JLT-SKO<br><br>STIPULATION FOR DISMISSAL<br>OF ACTION WITH PREJUDICE |

   IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1). Each side to bear their own costs.

Respectively submitted,


Dated:  June 2, 2022           QUINLAN, KERSHAW & FANUCCHI, LLP


                    By:    /s/ David M. Moeck, Esq.
                        DAVID M. MOECK, ESQ.
                        Attorneys for Plaintiff,
                        LUZ YESENIA PONCE

1
2  Dated: June 2, 2022            PHILIP A. TALBERT
3                                 Assistant United States Attorney
4
5                                 By: /s/ Brodie M. Butland, Esq.
                                      BRODIE M. BUTLAND, ESQ.
6                                     Assistant United States Attorney,
                                      Attorneys for The United States of America
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28