UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ YESENIA PONCE,<br><br>              Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>              Defendant. | Case No.  1:21-cv-00396-JLT-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 20) |

On June 3, 2022, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 20.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **June 6, 2022**                    /s/ *Sheila K. Oberto*
                                                                          UNITED STATES MAGISTRATE JUDGE